JANE W. CERVANTES, ESQUIRE
California Bar No. 262353
Chermol & Fishman, LLC
212 Yale Avenue
Claremont, CA 91711
909-626-3595
Fax: 626-209-2277
Email: jane.cervantes@gmail.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

MARIA MARTINEZ,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case # 2:23-cv-02223-AB-DFM

~~PROPOSED~~ ORDER

PROPOSED ORDER

AND NOW, this __7th__ day of __August__, 2023, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,189.62 and costs in the amount of $402.00, subject to the terms of the Stipulation.

BY THE COURT:

_____
Douglas F. McCormick
United States Magistrate Judge